**THIRD DIVISION
DOYLE, P. J.,
GOBEIL and PADGETT, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**August 2, 2024**

# In the Court of Appeals of Georgia

A23A0526. TATUM v. THE STATE.

GOBEIL, Judge.

In *Tatum v. State*, ___ Ga. ___, ___ (2) (b) (___ SE2d ___) (Case No. S23G0955, decided June 11, 2024), the Supreme Court of Georgia vacated our previous decision in *Tatum v. State*, 367 Ga. App. 439 (886 SE2d 845) (2023), and remanded the case to this Court with direction that we remand to the trial court for further proceedings not inconsistent with the Supreme Court's opinion. Accordingly, we adopt the judgment of the Supreme Court as our own, vacate the trial court's decision, and remand the case for further proceedings consistent with the opinion of the Supreme Court.

*Judgment vacated and case remanded with direction. Doyle, P. J., and Padgett, J., concur.*